IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT ALLEN                                                      PLAINTIFF

V.                          CASE NO. 3:15-CV-3074

GORDON WEBB, Boone County Circuit
Court Judge; JOHN PUTMAN, Boone County
Circuit Court Judge; WES BRADFORD, Boone
County Deputy Prosecuting Attorney; and
J.W. SAILER, Transport Officer, Harrison
Police Department                                                 DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on November 16, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order and failure to prosecute.

IT IS SO ORDERED on this 14th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE